**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILLIE LEE ROBEY,

Petitioner,

v.

RAUL MORALEZ,

Respondent.

No. 2:25-cv-04884-ODW-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondent's Motion to Dismiss the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. There has been no timely objection to the Report and Recommendation.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge and GRANTS Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus. Judgment dismissing this case with prejudice will be entered on a separate form concurrently herewith. The Clerk is directed to serve copies of this Order and the Judgment herein on the parties at their addresses of record.

IT IS SO ORDERED.

DATED: September 14, 2026

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE