JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILLIE LEE ROBEY,

Petitioner,

v.

RAUL MORALEZ,

Respondent.

No. 2:25-cv-04884-ODW-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 14, 2026

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE